TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN
















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 

 




 
 
 NO.  03-12-00701-CV
 NO.  03-12-00765-CV
 
 




 

 

R. I., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 




 
 
 FROM THE 340th
 District Court OF Tom Green
 COUNTY
 NOS. C-11-0016-CPS
 & C-11-0016-CPS-1
 The Honorable Jay K.
 Weatherby, JUDGE PRESIDING 
 
 




 

 


 
 
                                                                      O
 R D E R
 PER CURIAM
                         The
 reporter’s records in these appeals were originally due to be filed on October
 29, 2012.  To date, the reporter’s
 records have not been filed.
                         Effective March 1,
 2012, amendments to the Texas Rules of Appellate Procedure adopted by Texas
 Supreme Court Miscellaneous Docket No. 12-9030 prohibit this Court from
 granting extensions of over 10 days for the filing of reporter’s records in
 accelerated appeals, including appeals in child protection cases.  See
 Tex. R. App. P. 35.3(c).  Further, any
 extensions of time granted for the filing of the reporter’s records may not
 exceed 30 days cumulatively.  See Tex. R. App. P. 28.4(b)(2).  Accordingly, Cindy
 Rister-Saunders is hereby ordered to file the reporter’s records in these
 cases on or before December 7, 2012. 
 If the records are not filed by that date, Ms. Rister-Saunders may be
 required to show cause why she should not be held in
 contempt of court.
                         It is ordered on November
 27, 2012.
  
  
 Before
 Justices Puryear, Pemberton and
 Henson